UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MELISSA THACKER,** | : | |
| Plaintiff, | : | |
| | : | Case No. 1:21-CV-586 |
| v. | : | |
| | : | **JUDGE DOUGLAS R. COLE** |
| **ABM INDUSTRIES INC.,** | : | |
| Defendant. | : | |

**PARTIES' STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon agreement of Plaintiff Melissa Thacker and Defendant ABM Industry Groups, LLC, improperly named as ABM Industries Inc., the above-captioned matter is hereby dismissed in its entirety, including all claims raised, alleged, pled, and/or pending in such matter, with prejudice to the re-filing of the same. Each party shall bear its own Court Costs.

Respectfully Submitted,

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)
GIBSON LAW, LLC
9200 Montgomery Road, Suite 11A
Cincinnati, OH 45242 [T]:
513.834.8254
[F]: 513.834.8253
brad@gibsonemploymentlaw.com

*Attorney for Plaintiff*

/s/ Melissa Kelly (per email authorization)
Melissa Z. Kelly (0077441)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
[T]: 216.592.5000
[F]: 216.592.5009
melissa.kelly@tuckerellis.com

*Attorney for Defendant*

5660376.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 7th day of September 2022.

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)

5660376.1